**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
Todd.malynn@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

Attorneys for A&A Global Imports, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shenzhen Smoore Technology Co., Ltd.,<br>*Plaintiff,*<br>vs.<br>A & A Global Imports, Inc.,<br>*Defendant* | Case No.: 2:22-cv-08014-AB-AGR<br><br>**JOINT STIPULATION TO STAY**<br><br>Judge:   Hon. André Birotte Jr. |

WHEREAS Plaintiff Shenzhen Smoore Technology, Ltd. ("Smoore" or "Plaintiff") filed a patent infringement case in the Central District of California against Defendant A&A Global Imports, Inc. ("A&A" or Defendant), Case No.: 2:22-cv-08014-AB-AGR;

WHEREAS Defendant A&A filed its answer on June 14, 2024;

WHEREAS Smoore and A&A, after meeting and conferring, agreed to stay Smoore's case against A&A (*Smoore v. A&A Global Imports, Inc. d/b/a Marijuana Packaging, MarijuanaPackaging.com, and RAEvapes.com*, Case No.: 2:22-cv-08014-AB-AGR), including to stay initial disclosures under Rule 26 and any obligation to join a party, including any necessary or indispensable party, where such matters would be addressed and accomplished if litigation recommences, on the conditions that:

(1) For purposes of this litigation only and for only those accused products supplied to A&A by NLV, A&A agrees (a) to be bound by the Court's decisions, including claim constructions, infringement, and invalidity, and (b) to provide limited discovery, to the extent the information sought is not in NLV's possession, custody, or control.

(2) For purposes of this litigation only and for those accused products not supplied to A&A by NLV, A&A agrees to be bound by the Court's decisions regarding claim constructions, and the parties will resolve the issues of infringement after the case against NLV reaches a resolution, either through settlement or trial.  As to invalidity, A&A agrees not to raise in any litigation any invalidity grounds previously raised and litigated by NLV, but A&A may raise new or different invalidity grounds where NLV is not a real party in interest and not in privity with A&A as to the accused device.  If an invalidity ground is raised in pleadings, that ground is not considered litigated; but if an invalidity ground is produced in discovery such as through contentions, that ground is considered litigated.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Smoore and A&A, through their undersigned respective attorneys of record, and subject to the approval of the Court, that:

The case *Smoore v. A&A Global Imports, Inc. d/b/a Marijuana Packaging, MarijuanaPackaging.com, and RAEvapes.com*, Case No.: 2:22-cv-08014-AB-AGR shall be stayed, including as to matters within Federal Rules of Civil Procedure 12, 19, 21 and 26, on the conditions that:

(1) For purposes of this litigation only and for only those accused products supplied to A&A by NLV, A&A shall (a) be bound by the Court's decisions, including claim constructions, infringement, and invalidity, and (b) provide limited discovery, to the extent the information sought is not in NLV's possession, custody, or control.

(2) For purposes of this litigation only and for those accused products not supplied to A&A by NLV, A&A shall be bound by the Court's decisions regarding claim constructions, and the parties will resolve the issues of infringement after the case against NLV reaches a resolution, either through settlement or trial.  As to invalidity, A&A shall not raise in any litigation any invalidity grounds previously raised and litigated by NLV, but A&A may raise new or different invalidity grounds where NLV is not a real party in interest and not in privity with A&A as to the accused device.  If an invalidity ground is raised in pleadings, that ground is not considered litigated; but if an invalidity ground is produced in discovery such as through contentions, that ground is considered litigated.

Respectfully submitted,

| | |
|---|---|
| Dated: October 4, 2024 | /s/ Theodore W. Chandler |
| | Theodore W. Chandler (Bar No. 219456) |
| | <ted.chandler@bakerbotts.com> |
| | BAKER BOTTS L.L.P. |
| | 1801 Century Park East, Suite 2400 |
| | Los Angeles, California 90067 |
| | Telephone: (213) 202-5702 |
| | Facsimile: (213) 202-5732 |
| | |
| | Robert L. Maier (*pro hac vice*) |
| | <robert.maier@bakerbotts.com> |
| | Thomas Natsume (*pro hac vice*) |
| | <thomas.natsume@bakerbotts.com> |
| | BAKER BOTTS L.L.P. |
| | 30 Rockefeller Plaza |
| | New York, New York 10112 |
| | Telephone: (212) 408-2500 |
| | Facsimile: (212) 408-2501 |
| | |
| | Chao "Wendy" Wang (Bar. No. 289325) |
| | <wendy.wang@bakerbotts.com> |
| | BAKER BOTTS L.L.P. |
| | 1001 Page Mill Road, Building One, Ste 200 |
| | Palo Alto, California 94303 |
| | Telephone: (650) 739-7514 |
| | Facsimile: (650) 739-7614 |
| | |
| | *Attorneys for Plaintiff and Counterclaim Defendant* |
| | *Shenzhen Smoore Technology Co., Ltd* |
| | |
| Dated: October 4, 2024 | /s/ Todd M. Malynn |
| | Todd Malynn (Bar No. 181595) |
| | <todd.malynn@blankrome.com> |
| | BLANK ROME LLP |
| | 2029 Century Park East, 6th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (424) 239-3400 |
| | Facsimile: (424) 239-3434 |
| | |
| | *Attorney for Defendant A&A Global Imports, Inc.* |

**ATTESTATION RE ELECTIONIC SIGNATURES**

The filer of this document attest that all other Signatories to this document, on whose behalf this filing is submitted, concur as to the content and have authorized their signature and filing of the document.

Dated: October 4, 2024

/s/ Todd M. Malynn