JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shenzhen Smoore Technology Co., Ltd., <br> *Plaintiff*, <br> vs. <br> A & A Global Imports, Inc., <br> *Defendant*. | Case No. 2:22-cv-08014-AB-AGR <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE <br><br> Judge: Hon. André Birotte Jr. |

Before the Court is Plaintiff Shenzhen Smoore Technology Co., Ltd. ("Smoore") and Defendant A & A Global, Inc.'s ("A & A") Joint Stipulation to Dismiss.

After due consideration, IT IS HEREBY ORDERED that all claims asserted in this case be **DISMISSED without prejudice**, with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

**SO ORDERED.**

Dated: June 11, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE